## Moody v. Pennsylvania Interscholastic Athletic Association et al., Appellants.

Argued January 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Rod J. Pera,* with him *McNees, Wallace & Nurick,* for appellants.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, March 20, 1972:

The matters in controversy being moot, the appeal is dismissed. Costs to be borne by appellants.